NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ADVANCED TECHNOLOGY & MATERIALS CO., LTD., BEIJING GANG YAN DIAMOND PRODUCTS COMPANY, AND GANG YAN DIAMOND PRODUCTS, INC.,**
*Plaintiffs-Appellants,*

AND

**BOSUN TOOLS GROUPS CO., LTD.,**
*Plaintiff,*

v.

**UNITED STATES,**
*Defendant,*

AND

**DIAMOND SAWBLADES MANUFACTURERS COALITION,**
*Defendant-Appellee,*

AND

**WEIHAI XIANGGUANG MECHANICAL INDUSTRIAL CO., LTD. AND QINGDAO SHINHAN DIAMOND INDUSTRIAL CO., LTD.,**
*Defendants.*

---

2013-1305

_____

Appeals from the United States Court of International Trade in No. 09-CV-0511 and 06-CV-0246, Senior Judge R. Kenton Musgrave.

_____

## JUDGMENT

_____

JEFFREY S. NEELEY, Barnes, Richardson & Colburn, LLP, of Washington, DC, argued for plaintiffs-appellants. With him on the brief were MICHAEL S. HOLTON, and STEPHEN W. BROPHY.

DANIEL B. PICKARD, Wiley Rein LLP, of Washington, DC, argued for defendants-appellees. With him on the brief was MAUREEN E. THORSON. Of counsel was TESSA V. CAPELOTO.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, BRYSON, and O'MALLEY, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 13, 2013
Date

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court